IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ERROL DUKE MOSES,                )
                                 )
              Petitioner,        )
                                 )
         v.                      )    1:03CV00910
                                 )
MARVIN POLK,                     )
Warden, Central Prison,          )
                                 )
              Respondent.        )

### J U D G M E N T

For the reasons set out in an Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (docket no. 6) is denied, and that this action be, and the same hereby is, dismissed. Petitioner has thirty (30) days from the date of this Order to file a motion for a certificate of appealability to this Court.

_____
United States District Judge

October 18, 2005